Filing # 104485823 E-Filed 03/06/2020 02:39:53 PM

IN THE CIRCUIT COURT OF FIFTH JUDICIAL CIRCUIT
IN AND FOR PASCO COUNTY, STATE OF FLORIDA
CIVIL DIVISION

STACY L. POWELL

    Plaintiff,

v.                                                           CASE NO.: 2020-CA-247

WALMART STORES EAST, LP

    Defendant.
_____/

## SUMMONS

**THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:**

    **YOU ARE COMMANDED** to serve this Summons and a copy of the Complaint, in the above-styled cause upon the Defendant:

        **C T Corporation System
        1200 South Pine Island Road
        Plantation, FL 33324**

    Each Defendant is required to serve written defenses to the Complaint in this action on the attorney for the Plaintiff(s):

        Sarah Barkley Raaymakers, Esquire
        7614 Massachusetts Avenue
        New Port Richey, FL 34653
        Telephone: (727) 847-2737
        sarahb@carlsonmeissner.com

within 20 days after service of this Summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on the Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint.

    WITNESS, my hand and seal of this Court on 03/06/2020

        Doug Chorvat, Jr.
        Clerk of the Circuit Court
        By_____Tonya Sanders_____

## IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT
## IN AND FOR HERNANDO COUNTY, STATE OF FLORIDA
## CIVIL DIVISION

STACY L. POWELL,

    Plaintiff,

                              CASE NO.:

v.

WALMART STORES EAST, LP,

    Defendant.

_____/

## COMPLAINT

COMES NOW the Plaintiff, STACY L. POWELL, by and through her undersigned attorney, and sues the Defendant, WALMART STORES EAST, LP and alleges:

1. This is an action for damages for a sum in excess of THIRTY THOUSAND DOLLARS ($30,000.00).

2. At all times material to the allegations, WALMART STORES EAST, LP (hereinafter "WALMART"), was a foreign corporation doing business in the state of Florida.

3. At all times material to the allegations contained herein, WALMART was the owner and in possession and control of store #1213, located at 13300 Cortez Blvd, Brooksville, FL 34613, Hernando County, Florida.

4. On March 10, 2019, STACY L. POWELL (hereinafter "Plaintiff), a citizen of the state of Florida, was lawfully on the premises of WALMART as an invitee when

Page 1 of 4

her foot made contact with a puddle of clear slick liquid on the floor of said store, causing her to lose her balance.

5. As a result of hitting the liquid, the Plaintiff's right foot and leg slid forcefully underneath the shopping cart and her left knee violently struck the floor, causing injuries.

6. At all times the Plaintiff was acting with due care and walking in a normal manner as expected under the conditions.

7. At the time of the incident, a WALMART employee took a report of the incident.

8. On the date and place above, WALMART owed a duty to the Plaintiff to maintain said premises in a reasonably safe condition and to protect the Plaintiff from dangers of which Defendant, WALMART, was or reasonably should have been aware.

9. WALMART knew, or in the exercise of reasonable care should have known, that the condition existed for a period of time that precautionary steps could have been taken.

10. The Defendant, WALMART, allowed the wet liquid to remain on the floor without providing "wet floor" or warning signs and without acting to detect or remedy such a dangerous condition.

11. At the same date and place described above, the Defendant, WALMART, breached its duties owed to the Plaintiff, and was negligent by:

    a. Creating or allowing a dangerous condition to exist;

    b. failing to protect the Plaintiff from or correct the aforesaid dangerous condition;

    c. failing to warn or otherwise notify the Plaintiff of the aforesaid condition;

    d. failing to properly and adequately maintain the premises in a reasonably safe condition; and

    e. Failing to properly train its agents, servants and employees.

12. The negligent condition was created by the Defendant, WALMART, its agents, servants or employees, or had existed for a sufficient length of time so that Defendant, WALMART, should have known of it.

13. The negligent condition occurred with regularity and was therefore foreseeable.

14. As a direct and proximate result of the negligence of the Defendant, WALMART, as set forth herein, the Plaintiff, STACY L. POWELL, was injured in and about her body and extremities, suffered pain therefrom, incurred medical expense in the treatment of the injuries, and suffered physical handicap; the injuries are either permanent or continuing in nature and Plaintiff will suffer the losses and impairment in the future.

WHEREFORE, Plaintiff, STACY L. POWELL, demands judgment for damages against Defendant, WALMART, and demands trial by jury.

CARLSON, MEISSNER, HART & HAYSLETT, P.A.

_____
SARAH BARKLEY RAAYMAKERS, ESQUIRE
Florida Bar # 067899
7614 Massachusetts Avenue
New Port Richey, FL 34653
(727) 847-2737
sarahb@carlsonmeissner.com
Attorney for Plaintiff